IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Joel Biggs, et al., | ) | No.  CV-21-01813-PHX-SPL |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |

The Court has been advised that the parties have reached a settlement in this case (Doc. 64). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **September 19, 2023** unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that all pending motions are **denied as moot**.

Dated this 31st day of July, 2023.

Honorable Steven P. Logan
United States District Judge